Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Stephanie Pamintuan

          Plaintiff(s),

v.

Bristol-Myers Squibb Company et al

          Defendant(s).

Case No: 3:16-cv-00254

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)

    I, Megan J. McKenzie, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Stephanie Pamintuan in the above-entitled action. My local co-counsel in this case is Gary Wilson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 800 LaSalle Ave, Suite 2800<br>Minneapolis, MN 55402 | 800 LaSalle Ave, Suite 2800 Minneapolis, MN 55402<br>2049 Century Park East, Suite 3400, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(612) 349-0979 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(612) 349-8413 |
| MY EMAIL ADDRESS OF RECORD:<br>mmckenzie@robinskaplan.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>gwilson@robinskaplan.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0388081.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/29/16

                                          Megan J. McKenzie
                                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Megan J. McKenzie is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/2/2016

                                          Haywood S. Gill
                                  UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Diane M. Fremgen
Clerk

# CERTIFICATE OF GOOD STANDING

*I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

**GARY L. WILSON**

*was admitted to practice as an attorney within this state on March 17, 1987 and is presently in good standing in this court.*

Dated: January 22, 2016

*[signature]*

DIANE M. FREMGEN
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

MEGAN JEAN MCKENZIE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 26, 2007

Given under my hand and seal of this court on

January 19, 2016



Margaret Fuller Corneille
Office of Lawyer Registration