Krista M. Enns, State Bar No. 206430
Winston & Strawn LLP
101 California St.
San Francisco, CA  94111
Phone: 415.591.1402
Fax: 415.591.1400
kenns@winston.com

Attorneys for Defendants
Otsuka Pharmaceutical Co., Ltd., and
Otsuka America Pharmaceutical, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| STEPHANIE PAMINTUAN,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC.<br><br>Defendants. | CASE NO.: 3:16-cv-00254-HSG<br><br>*Honorable Haywood S. Gilliam, Jr.*<br><br>**STIPULATION TO EXTEND TIME AND ORDER** |

This stipulation in the above-captioned matter is made by and between the attorneys for Plaintiff Stephanie Pamintuan ("Plaintiff") and Defendants Bristol-Myers Squibb Company, Otsuka Pharmaceutical Co., Ltd., and Otsuka America Pharmaceutical, Inc. (collectively "Defendants").

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties hereto, that the prescribed time within which Defendants may move, answer, or otherwise respond to the Complaint is hereby extended by 30 days, and that Plaintiff will have an additional 30 days from the time prescribed by the applicable rules to respond to any motion filed by Defendants in response to the Complaint.

1

STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER
*Pamintuan v. Bristol-Myers Squibb Company, et al.*, Case No. 3:16-cv-00254-HSG

This is the parties' first request for an extension. All parties agree to this extension, and the extension does not affect any other previously scheduled dates.

IT IS SO STIPULATED.

Dated: February 12, 2016

        Barry Thompson
        Hogan Lovells US LLP
        1999 Avenue of the Stars, Suite 1400
        Los Angeles, California 90067
        Telephone:  (310) 785-4600
        Fax:  (310) 785-4601
        barry.thompson@hoganlovells.com

        Lauren Colton
        Hogan Lovells US LLP
        100 International Drive, Suite 200
        Baltimore, Maryland 21202
        Telephone:  (410) 659-2700
        Fax:  (410) 659-2701
        lauren.colton@hoganlovells.com

        *Attorneys for Defendant Bristol-Myers Squibb Company*

        Krista M. Enns, State Bar No. 206430
        Winston & Strawn LLP
        101 California St.
        San Francisco, CA  94111
        Phone: 415.591.1402
        Fax: 415.591.1400
        kenns@winston.com

        Matthew A. Campbell
        Winston & Strawn LLP
        1700 K Street, N.W.
        Washington, DC  20006
        Phone: 202.282.5848
        macampbe@winston.com

2

STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER
*Pamintuan v. Bristol-Myers Squibb Company, et al.*, Case No. 3:16-cv-00254-HSG

|   |   |
|---|---|
| | Luke A. Connelly |
| | Winston & Strawn LLP |
| | 200 Park Avenue |
| | New York, NY  10166 |
| | Phone: 212.294.6882 |
| | lconnell@winston.com |
| | |
| | *Attorneys for Defendant* |
| | *Otsuka Pharmaceutical Co., Ltd.* |
| | *And Otsuka America Pharmaceutical, Inc.* |
| Dated:  February 12, 2016 | |
| | Gary L. Wilson (CA Bar # 139358) |
| | Megan J. McKenzie (MN Bar # 388081) |
| | 2800 LaSalle Plaza |
| | 800 LaSalle Avenue |
| | Minneapolis, MN  55402-2015 |
| | Phone: 612.349.8500 |
| | Fax: 612.339.4181 |
| | gwilson@robinskaplan.com |
| | mmckenzie@robinskaplan.com |
| | |
| | *Attorneys for Plaintiff Stephanie Pamintuan* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 16, 2016

*[signature: Haywood S. Gill, Jr.]*
UNITED STATES DISTRICT JUDGE

3