UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHANIE PAMINTUAN | Case No: 3:16-cv-00254-HSG |
|---|---|
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | (CIVIL LOCAL RULE 11-3) |
| BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC., | |
| Defendant(s). | |

I, __Luke A. Connelly__, an active member in good standing of the bar of the __Appellate Division of the Supreme Court of the State of New York__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __OTSUKA PHARMACEUTICAL CO., LTD., OTSUKA AMERICA PHARMACEUTICAL, INC__ in the above-entitled action. My local co-counsel in this case is __Krista M. Enns__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-4193 | Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 294-6700 | (415) 591-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Lconnell@winston.com | kenns@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __LC-8462__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 23, 2016

_____
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of __Luke A. Connelly__ is granted,

*PRO HAC VICE* APPLICATION & ORDER                                                          *October 2012*

1 | subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
2 | appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
  | designated in the application will constitute notice to the party.
3 | Dated:  3/31/2016                            *Haywood S. Gill, Jr.*
  |                                              UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER


American LegalNet, Inc.
www.FormsWorkFlow.com

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## LUKE ANDREW CONNELLY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 3, 1997**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

March 24, 2016

_____
Clerk of the Court

8228