Krista M. Enns (SBN: 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Defendant
OTSUKA PHARMACEUTICAL CO., LTD.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHANIE PAMINTUAN, | Case No.  3:16-cv-00254-HSG |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE REPLY AND ORDER** |
| v. | |
| BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC. | Date:     June 23, 2016<br>Time:     2:00 p.m.<br>Place:    Courtroom 10, 19th Floor<br>Judge:   Honorable Haywood S. Gilliam, Jr. |
| Defendants. | Complaint Filed: January 15, 2016 |

This stipulation in the above-captioned matter is made by and between the attorneys for Plaintiff Stephanie Pamintuan ("Plaintiff") and Defendant Otsuka Pharmaceutical Co., Ltd. ("Defendant").

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties hereto, that the prescribed time within which Defendant may reply to Plaintiff's Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is extended to May 23, 2016. Given the new jurisdictional allegations in Plaintiff's opposition, an extension of time is warranted.

This is the parties' second stipulated request for an extension of time. On February 16, 2016, the Court granted the parties' first stipulated request for reciprocal 30-day extensions of the prescribed time within which Defendants were permitted to move, answer, or otherwise respond to the Complaint and the time within which Plaintiff was permitted to respond to any motion filed by Defendants in response to the Complaint. Order, ECF 17.

The parties agree to the current stipulated request for an extension, and the extension does not affect any other previously scheduled dates.

IT IS SO STIPULATED.

2

STIPULATION TO EXTEND TIME TO FILE REPLY AND [PROPOSED] ORDER
*Pamintuan v. Bristol-Myers Squibb Company, et al.*, Case No. 3:16-cv-00254-HSG

| | | |
|---|---|---|
| Dated:  May 5, 2016 | | WINSTON & STRAWN LLP |

By:   /s/ Krista M. Enns
Krista M. Enns

Luke A. Connelly (*pro hac vice*)
200 Park Avenue
New York, NY  10166
Phone: 212.294.6882
Fax: 212.294.4700
lconnell@winston.com

Matthew A. Campbell (*pro hac vice* to be filed)
Eric M. Goldstein (*pro hac vice*)
Sarah J. Bily
Erika L. Mayer
1700 K Street, N.W.
Washington, DC  20006
Phone: 202.282.5848
Fax: 202.282.5100
macampbe@winston.com

Attorneys for Defendant
OTSUKA PHARMACEUTICAL CO., LTD.

Dated:  May 5, 2016                              ROBINS KAPLAN LLP

By:   /s/ Munir R. Meghjee
Munir R. Meghjee

Gary L. Wilson (CA Bar # 139358)
gwilson@robinskaplan.com
Munir R. Meghjee (MN Bar # 301437)
mmeghjee@robinskaplan.com
Megan J. McKenzie (MN Bar # 388081)
mmckenzie@robinskaplan.com
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402-2015
Telephone: 612.349.8500
Facsimile: 612.339.4181

Attorneys for Plaintiff
STEPHANIE PAMINTUAN

1  ATTESTATION OF CONCURRENCE IN FILING

2  In accordance with Local Rule 5-1(i)(3), I, Krista M. Enns, attest that concurrence in the

3  filing of this document has been obtained from each of the other signatories who are listed on this

4  signature page.

By:  */s/ Krista M. Enns*
5  Krista M. Enns

6

7

8

9

10

11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14  Dated: May 6, 2016_____  _____
UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION TO EXTEND TIME TO FILE REPLY AND [PROPOSED] ORDER
*Pamintuan v. Bristol-Myers Squibb Company, et al.*, Case No. 3:16-cv-00254-HSG