1

2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

STEPHANIE PAMINTUAN,

               Plaintiff(s),

  v.

BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC.

             Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 3:16-cv-00254-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

9

10

11

12

13

14

I, MATTHEW A. CAMPBELL_____, an active member in good standing of the bar of Court of Appeals for the District of Columbia_____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: OTSUKA PHARMACEUTICAL CO., LTD., OTSUKA AMERICA PHARMACEUTICAL, INC._____ in the above-entitled action. My local co-counsel in this case is  KRISTA M. ENNS_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

15

16

17

18

| MY ADDRESS OF RECORD:<br>WINSTON & STRAWN LLP<br>1700 K Street N.W.<br>Washington, DC 20006-3817 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111-5840 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 282-5000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 591-1000 |
| MY EMAIL ADDRESS OF RECORD:<br>MACampbe@winston.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kenns@winston.com |

19

20

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 472293.

21

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

22

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

23

*I declare under penalty of perjury that the foregoing is true and correct.*

24

Dated: 5/17/16

25

                                   APPLICANT
           MATTHEW A. CAMPBELL

26

27

28

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of MATTHEW A. CAMPBELL_____ is granted,

*PRO HAC VICE* APPLICATION & ORDER

American LegalNet, Inc.
www.FormsWorkFlow.com

subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/18/2016

*Haywood S. Gill Jr.*

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court

of Appeals, do hereby certify that

## MATTHEW A. CAMPBELL

was on      **MAY 11, 2001**      duly qualified and admitted as an

attorney and counselor entitled to practice before this Court and is,

on the date indicated below, an active member in good standing of

this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C.,
on **May 13, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia,

do hereby certify that

### MATTHEW ALAN CAMPBELL

was admitted to practice as an attorney and counsellor at the bar of this Court on

November 1, 1999.

I further certify that so far as the records of this office are

concerned, MATTHEW ALAN CAMPBELL is a member of the bar of this

Court in good standing.

Witness my hand and seal of said Court

This 16th day of May

A.D. 2016

By: _____

*Deputy Clerk*