Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Stephanie Pamintuan,  )
                                Plaintiff(s),  ) Case No: 16-cv-254-HSG
                                 v.  ) AMENDED **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
Bristol-Myers Squibb Company, et al.,  ) (CIVIL LOCAL RULE 11-3)
                                 Defendant(s).  )

    I, Munir R. Meghjee, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Stephanie Pamintuan in the above-entitled action. My local co-counsel in this case is Michael A. Geibelson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Robins Kaplan LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402-2015 | Robins Kaplan LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (612) 349-0603 | (310) 552-0130 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| MMeghjee@RobinsKaplan.com | MGeibelson@RobinsKaplan.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 301437.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/14/16                        s/ Munir R. Meghjee
                                                                           APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Munir R. Meghjee is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/19/2016

                                                 UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

MUNIR REZA MEGHJEE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

September 20, 2000

Given under my hand and seal of this court on

June 13, 2016



Margaret Fuller Corneille
Office of Lawyer Registration





# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**MUNIR REZA MEGHJEE**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **29th** day of **October** A. D. **1991** and that at the date hereof the said **MUNIR REZA MEGHJEE** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **13th** day of **June** A. D. **2016**

**Christopher T. Ryan**
Clerk

By _____
Deputy Clerk